# Court of Appeals
# of the State of Georgia

ATLANTA, September 07, 2023

*The Court of Appeals hereby passes the following order*

**A24D0038. IN THE INTEREST OF E. J. W., A CHILD (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2300096



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 07, 2023.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*